**SAO**
JEREMY J. THOMPSON
Nevada Bar No. 12503
Email: jthompson@clarkhill.com
**CLARK HILL PLLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorneys for Defendant,*
*Equifax Information Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARREN HENDERSON,<br><br>        Plaintiff,<br><br>   v.<br><br>COMENITY BANK, LLC, AVANT, LLC, EXPERIAN INFORMATION SERVICES, LLC, EQUIFAX INFORMATION SOLUTIONS, INC., TRANS UNION LLC.,<br><br>        Defendants. | **Civil Action File No. 2:20-cv-00459-JAD-EJY**<br><br>STIPULATION AND ORDER EXTENDING TIME TO RESPOND<br><br>**FIRST REQUEST** |

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

It is hereby stipulated by and between Plaintiff Larren Henderson ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax" or "Defendant"), through counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, as follows:

1. On March 5, 2020, Plaintiff filed his Complaint in the above referenced action United States District Court for the District of Nevada, Case No. 2:20-cv-00459-JAD-EJY.

2. Equifax was served via process service on its registered agent, Corporation Service Company, on March 11, 2020.

3. Pursuant to Federal Rules of Civil Procedure 8 and 12, Equifax's response to

Plaintiff's Complaint is currently due on April 1, 2020.

    4.    Both Plaintiff and Equifax agree in light of the COVID-19 pandemic and office closings, to extending Equifax's time to respond to April 22, 2020.

    5.    This is Defendant Equifax's first request for an extension of time.

DATED: March 30th, 2020

    EQUIFAX INFORMATION SERVICES, LLC

    By: */s/ Jeremy J. Thompson*
    Jeremy J. Thompson (NV Bar No. 12503)
    jthompson@clarkhill.com
    CLARK HILL
    3800 Howard Hughes Parkway
    Suite 500
    Las Vegas, NV 89169
    Telephone: (702) 697-7527

    Attorneys for Equifax Information Services, LLC

DATED: March 30th, 2020

    By: */s/ Steven A. Alpert*
    Steven A. Alpert (NV Bar No. 8353)
    alpert@pricelawgroup.com
    PETERS AND ASSOCIATES,
    PRICE LAW GROUP, APC
    420 S. Jones Blvd.
    Las Vegas, Nevada 89107
    Telephone: (866) 881-2133
    Facsimile: (866) 401-1457

    Attorney for Plaintiff
    Larren Henderson

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 31, 2020