WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rherandez@wrightlegal.net
*Attorney for Defendant, Avant, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LARREN HENDERSON,<br><br>Plaintiff,<br>vs.<br><br>COMENITY BANK, LLC, AVANT, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:20-cv-00459-JAD-EJY<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant identified as Avant, LLC ("Avant"), by and through its undersigned counsel, and reserving its right to assert any and all rights and/or defenses to this action, hereby files this Unopposed Motion for Extension of Time to Respond to Complaint, and in support states as follows:

1. On March 5, 2020, Plaintiff filed her Complaint [ECF No. 1]. Avant was served with Plaintiff's Complaint on March 12, 2020. As such, Avant's current deadline to respond to the Complaint is April 2, 2020.

2. As soon as Avant became aware of the Complaint, it endeavored to retain counsel for the defense of this matter. The undersigned counsel was retained late last week.

3. Avant has undertaken (and continues to undertake) a good faith investigation into Plaintiff's allegations. Avant respectfully requests an extension of time to respond to the Complaint so that it (and/or newly retained counsel) may complete its investigation and prepare

an appropriate response, as well as confer with Plaintiff's counsel regarding potential resolution.

4. Counsel for Avant has contacted counsel for Plaintiff regarding the requested extension, and counsel for Plaintiff has consented to the same. As such, no party will be prejudiced by this Court granting the relief sought in this Motion.

5. This is the first request for an extension of time for Avant to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

6. This Motion is filed in good faith and not for purposes of delay.

WHEREFORE, Avant respectfully requests that this Court enter an Order granting its Unopposed Motion for Extension of Time to Respond to Complaint and providing Avant a 14-day extension, through and including April 16, 2020, to respond to the Complaint.

DATED this 1st day of April, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez, Esq.*
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 11731
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Avant, LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 2, 2020