# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LARREN HENDERSON )  Case #2:20-cv-00459-JAD-EJY
)
)
)  **VERIFIED PETITION FOR**
Plaintiff(s), )  **PERMISSION TO PRACTICE**
)  **IN THIS CASE ONLY BY**
vs. )  **ATTORNEY NOT ADMITTED**
COMENITY BANK, LLC, AVANT, LL, )  **TO THE BAR OF THIS COURT**
EXPERIAN INFORMATION )  **AND DESIGNATION OF**
SOLUTIONS, INC, EQUIFAX )  **LOCAL COUNSEL**
Defendant(s). )
_____)  FILING FEE IS $250.00

_____Susan Rotkis_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Price Law Group, APC_____
(firm name)

with offices at _____382 S. Convent Avenue_____,
(street address)

___Tucson___, ___Arizona___, ___85701___,
(city)         (state)           (zip code)

___(818) 600-5533___, ___susan@pricelawgroup.com___.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Larren Henderson_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  October 16, 2016 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of  Arizona 
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Arizona Supreme Court | 4/15/2016 | 032866 |
| District of Arizona | 10/16/2016 | 032866 |
| Virginia Supreme Court | 6/8/2006 | 40693 |
| Eastern District of Virginia | 12/16/2010 | 40693 |
| Western District of Virginia | 12/10/2015 | 40693 |
| District of Columbia | 4/4/2016 | |
| U.S. Supreme Court | 4/4/2016 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

District of Nevada – Pro Hac Vice Application Continuation Page

4.     That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Fourth Circuit Court of Appeals | 6/7/2000 | |

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Federal Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Arizona )
COUNTY OF Maricopa )

_____Susan M. Rotkis_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

6th day of April, 2020.

_____
Notary Public or Clerk of Court

LIA RUGGERI
Notary Public - Arizona
Maricopa Co. / #559215
Expires 01/31/2023

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Steven A. Alpert_____, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____420 S. Jones Blvd._____,
(street address)

___Las Vegas___, ___Nevada___, ___89107___,
(city) (state) (zip code)

___(866) 881-2133___, ___alpert@pricelawgroup.com___.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitute agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Steven A. Alpert_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*[signature]*
(party's signature)
LARREN Henderson
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this cas

/s/ Steven A. Alpert
Designated Resident Nevada Counsel's signature

8353                           alpert@pricelawgroup.com
Bar number                     Email address

APPROVED:

Dated: April 7, 2020.

*[signature]*
UNITED STATES DISTRICT JUDGE

5

Rev. 5/1

# United States District Court

## District of Arizona

# Certificate of Good Standing

I, Debra D. Lucas, Acting Clerk of this Court, certify that Susan Mary Rotkis was duly admitted to practice in this Court on October 24, 2016, and is in good standing as a member of the Bar of this Court.

Dated at Phoenix, Arizona, on March 23, 2020

_____
Debra D. Lucas
ACTING CLERK OF COURT

_____
Beth Stephenson
DEPUTY CLERK



# PRICE LAW GROUP
### A Professional Corporation

*ok to pr* (handwritten)

| CALIFORNIA | ARIZONA | NEW JERSEY | FLORIDA |
|---|---|---|---|
| 6345 Balboa Blvd, Suite 247 | 8245 N. 85th Way | 86 Hudson St. | 1001 N Federal Hwy |
| Encino CA 91316 | Scottsdale AZ 85258 | Hoboken NJ 07030 | Suite 349 |
| 818-995-4540 | 818-600-5515 | 818-995-4540 | Hallandale, FL 33009 |
| 818-995-9277 | 818-600-5415 | 818-995-9277 | 754-263-2940 |

Clerk, U.S. District Court
Attn: Attorney Admissions Clerk
401 W Washington St, Ste. 130
Phoenix, Arizona 85003

March 18, 2020

**Re: Request for Certificate of Good Standing**

Good afternoon,

I would like to request a Certificate of Good standing for the following attorney:

Attorney Name: Susan Rotkis

Bar No.: 032866

Date of Admission: 04/16/2016

Enclosed is a check for the amount of $19.00 as payment.

Please mail Certificate of Good Standing to the following address:

Josefina Garcia
Price Law Group, APC
8245 N. 85th Way
Scottsdale, Arizona 85258

Thank you,

Price Law Group, APC

Josefina Garcia
8245 N. 85th Way
Scottsdale, AZ 85258
818.600.5506 (direct) · 818.600.5405 (fax)