CLARK HILL, PLLC
JEREMY THOMPSON, ESQ.
Nevada Bar No. 12503
E-mail: jthompson@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada  89169
Tel: (702) 697-7527
Fax: (702) 862-8400
*Attorneys for Defendant EQUIFAX INFORMATION SOLUTIONS, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARREN HENDERSON,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>COMENITY BANK, LLC, AVANT, LLC, EXPERIAN INFORMATION SERVICES LLC, EQUIFAX INFORMATION SOLUTIONS, INC., TRANS UNION LLC.,<br><br>　　　　　Defendants. | Civil Action File No. 2:20-cv-00459-JAD-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT EQUIFAX INFORMATION SOLUTIONS, INC., TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(SECOND REQUEST)** |

It is hereby stipulated by and between Plaintiff Larren Henderson ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax" or "Defendant"), through counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1,  as follows:

1.　On March 5, 2020, Plaintiff filed his Complaint in the above referenced action United States District Court for the District of Nevada, Case No. 2:20-CV-459.

2.　Equifax was served via process service on its registered agent, Corporation Service Company, on March 11, 2020.

3.　Pursuant to Federal Rules of Civil Procedure 8 and 12, Equifax's response to Plaintiff's Complaint was due on April 1, 2020.

4.　Both Plaintiff and Equifax agreed in light of the COVID-19 pandemic and office closings, to extending Equifax's time to respond to April 22, 2020.

1

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC
TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)

ClarkHill\95782\337215\223758628.v1-4/20/20

5. Defendant Equifax filed a Stipulation Extending Time to Answer to April 22, 2020, and this Honorable Court signed the proposed Order on March 31, 2020.

6. In light of settlement discussions, both Plaintiff and Defendant agree now to extending Equifax's time to respond to April 29, 2020.

*<u>No Opposition</u>*

DATED: April 20, 2020        PRICE LAW GROUP

BY: //S// STEVEN A. ALPERT
Steven A. Alpert, Esq.
Nevada Bar No.: 8353
5940 S. Rainbow Blvd., Ste. 3014
Las Vegas, NV 89118
Tel: (702) 794-2008
E-Mail: alpert@pricelawgroup.com
*Attorney for Plaintiff*
*MARK A. SMITHERMAN*

DATED: April 20, 2020        CLARK HILL, PLLC

BY: //S// JEREMY J. THOMPSON
JEREMY J. THOMPSON, Esq.
Nevada Bar No.: 12503
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Tel: (702) 697-7527
E-mail: jthompson@clarkhill.com
*Attorneys for Defendant EQUIFAX INFORMATION SOLUTIONS, INC.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 21, 2020

2
STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)

ClarkHill\95782\337215\223758628.v1-4/20/20