Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

Katherine A. Neben
Nevada Bar No. 14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
kneben@jonesday.com

Attorneys for Defendant
*Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARREN HENDERSON,<br><br>            Plaintiff,<br><br>      v.<br><br>COMENITY BANK, LLC, AVANT, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>            Defendants. | Case No. 2:20-cv-00459-JAD-EJY<br><br>**STIPULATION AND ORDER FOR EXPERIAN INFORMATION SOLUTIONS, INC. TO FILE ITS FIRST AMENDED ANSWER**<br><br>Complaint filed: March 5, 2020 |

Pursuant to FRCP 15(a)(2), which requires the written consent of the opposing party, Plaintiff Larren Henderson ("Plaintiff"), and Defendant Experian Information Solutions, Inc. ("Experian") (collectively "the Parties"), by and through their respective attorneys, hereby stipulate that Experian may file its First Amended Answer to Plaintiff's Complaint ("Amended

Answer"). Pursuant to the Parties' agreement, Experian is amending its Answer to remove certain affirmative defenses. A true and correct copy of the Amended Answer is attached as Exhibit A.

**IT IS SO STIPULATED.**

Dated this 1st day of May 2020
NAYLOR & BRASTER

By: */s/ Andrew J. Sharples*
Jennifer L. Braster (NBN 9982)
Andrew J. Sharples (NBN 12866)
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
asharples@nblawnv.com

Katherine A. Neben (NBN 14590)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
kneben@jonesday.com

*Attorneys for Experian Information Solutions, Inc.*

Dated this 1st day of May 2020
PRICE LAW GROUP, APC

By: */s/ Susan Rotkis*
Susan Rotkis
(*Admitted Pro Hac Vice*)
382 S. Convent Ave.
Tucson, AZ 85716
susan@pricelawgroup.com

Steven A. Alpert (NBN 8353)
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, NV 89118
alpert@privelawgroup.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated this 1st day of May 2020.

UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

2 of 2