Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC
420 S. Jones Blvd.
Las Vegas Nevada, 89107
T: (866) 881-2133
E: alpert@pricelawgroup.com

Susan Rotkis, AZ Bar # 032866
PRICE LAW GROUP
382 S. Convent Ave.
Tucson, AZ 85716
T: (818) 600-5506
E: susan@pricelawgroup.com

*Attorneys for Plaintiff*
*Larren Henderson*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LARREN HENDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMENITY BANK, LLC, AVANT, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>　　　　Defendants. | Case No. **2:20-cv-00459-JAD-EJY**<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE DEFENDANT AVANT, LLC**<br><br>ECF No. 45 |

　　Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Larren Henderson ("Plaintiff") and Defendant Avant, LLC ("Avant") (together, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate to and agree, as follows:

　　1.　　The Parties have entered into a confidential settlement agreement with respect to this action.

2. The Parties have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them with prejudice, with each party to bear its own costs and fees.

DATED this 16th day of June 2020.

By: */s/ Susan Rotkis*
Susan Rotkis, AZ Bar # 032866
PRICE LAW GROUP, APC
382 S. Convent Avenue
Tucson, AZ 85716
T: (818) 600-5506
E: susan@pricelawgroup.com

Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC
420 S. Jones Blvd.
Las Vegas Nevada, 89107
T: (866) 881-2133
F: (866) 401-1457
E: alpert@pricelawgroup.com

*Attorneys for Plaintiff
Larren Henderson*

By: */s/ Ramir M. Hernandez, Esq*
R. Samuel Ehlers, Esq., NV Bar #9313
Ramir M. Hernandez, Esq. NV Bar #11731
WRIGHT, FINLAY & ZAK, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

*Attorneys for Defendant
Avant, LLC*

### ORDER

Based on the stipulation between plaintiff and Avant LLC **[ECF No. 45]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS in this action **AGAINST Avant LLC** are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 16, 2020