Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC
420 S. Jones Blvd.
Las Vegas Nevada, 89107
T: (866) 881-2133
E: alpert@pricelawgroup.com

Susan Rotkis, AZ Bar # 032866
PRICE LAW GROUP
382 S. Convent Ave.
Tucson, AZ 85716
T: (818) 600-5506
E: susan@pricelawgroup.com

*Attorneys for Plaintiff*
*Larren Henderson*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LARREN HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY BANK, LLC, AVANT, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>Defendants. | Case No. **2:20-cv-00459-JAD-EJY**<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**<br><br>ECF No. 47 |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Larren Henderson ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (together, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate to and agree, as follows:

1. The Parties have entered into a confidential settlement agreement with respect to this action.

2. The Parties have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them with prejudice, with each party to bear its own costs and fees.

DATED this 25th day of June 2020.

By: */s/ Susan Rotkis*
Susan Rotkis, AZ Bar # 032866
PRICE LAW GROUP, APC
382 S. Convent Avenue
Tucson, AZ 85716
T: (818) 600-5506
E: susan@pricelawgroup.com

Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC
420 S. Jones Blvd.
Las Vegas Nevada, 89107
T: (866) 881-2133
F: (866) 401-1457
E: alpert@pricelawgroup.com

*Attorneys for Plaintiff*
*Larren Henderson*

By: *Andrew J. Sharples*
Jennifer L. Braster, NV Bar #9982
Andrew J. Sharples, NV Bar #12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
T: (702) 420-7000
F: (702) 420-7001
E: jbraster@nblawnv.com
E: asharples@nblawnv.com

Katherine A. Neben, NV Bar #14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine CA 92612
T: (949) 851-3939
F: (949) 553-7539
E: kneben@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

### ORDER

Based on the stipulation between plaintiff and Defendant Experian Information Solutions, Inc. **[ECF No. 47]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Defendant Experian Information Solutions, Inc.  in this action are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 2, 2020