Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC
420 S. Jones Blvd.
Las Vegas Nevada, 89107
T: (866) 881-2133
E: alpert@pricelawgroup.com

Susan Rotkis, AZ Bar # 032866
PRICE LAW GROUP
382 S. Convent Ave.
Tucson, AZ 85716
T: (818) 600-5506
E: susan@pricelawgroup.com

*Attorneys for Plaintiff
Larren Henderson*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LARREN HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY BANK, LLC, AVANT, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>Defendants. | Case No. **2:20-cv-00459-JAD-EJY**<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY**<br><br>ECF No. 51 |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Larren Henderson ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") (together, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate to and agree, as follows:

1. The Parties have entered into a confidential settlement agreement with respect to this action.

2. The Parties have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them with prejudice, with each party to bear its own costs and fees.

DATED this 13th day of July 2020.

By: */s/ Susan Rotkis*
Susan Rotkis, AZ Bar # 032866
PRICE LAW GROUP, APC
382 S. Convent Avenue
Tucson, AZ 85701
T: (818) 600-5506
E: susan@pricelawgroup.com

Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC
420 S. Jones Blvd.
Las Vegas Nevada, 89107
T: (866) 881-2133
F: (866) 401-1457
E: alpert@pricelawgroup.com

*Attorneys for Plaintiff*
*Larren Henderson*

By:*/s/ Jeremy J. Thompson*
Jeremy J. Thompson, NV Bar #12503
CLARK HILL PLLC
1053800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
T: (702) 862-8300
F: (702) 862-8400
E: jthompson@clarkhill.com

*Attorneys for Defendant*
*Equifax Information Services, LLC*

**ORDER**

Based on the stipulation between plaintiff and Equifax Information Services, LLC **[ECF No. 51]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Equifax Information Services, LLC are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 13, 2020